# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

JAMES A. BOYD,

        Plaintiff,

v.

CORRECTIONAL OFFICER SPEARS,

        Defendant.

No. C09-5408BHS-KLS

ORDER DENYING PLAINTIFF'S MOTION TO STAY

This matter has been referred to Magistrate Judge Karen L. Strombom pursuant to 28 U.S.C. § 636(b)(1), Local Rules MJR 3 and 4, and Federal Rule of Civil Procedure ("Fed. R. Civ. P.") 72. The case is before the Court upon plaintiff's filing of a motion to stay proceedings in this matter to allow him to amend his complaint. (Dkt. #9). After reviewing plaintiff's motion, and the balance of the record, the Court finds and ORDERS as follows:

In his motion, plaintiff requests that the Court allow him to amend his complaint, to add additional defendants and claims. A party may amend that party's pleading "once as a matter of course at any time before a responsive pleading is served." Fed. R. Civ. P. 15(a). Plaintiff filed his original complaint with the Court on July 16, 2009. (Dkt. #4). As no responsive pleading has yet been filed by defendant, plaintiff may amend his complaint without leave of the Court, let alone a stay in the case's proceedings as plaintiff requests.

ORDER - 1

1   Accordingly, plaintiff's motion to stay proceedings in this matter (Dkt. #9) hereby is
2   DENIED as being unnecessary for the reasons discussed above.
3   The clerk is directed to send a copy of this Order to plaintiff and counsel for defendant.
4   DATED this 12th day of August, 2009.

Karen L. Strombom
United States Magistrate Judge

ORDER - 2